# Court of Appeals
# of the State of Georgia

ATLANTA,  September 19, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0011. DAVID SUNDY et al. v. CHARLES BAKER et al.**

Having read and considered the "Rule 40(b) Emergency Motion for Process to be Issued" the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/19/2018*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*